2:07CR628-8

4-17-08

Dear Honorable Judge Janis Ghram Jack,

I would like to start out by saying the following is not an attempt at an excuse for my actions. I know I did wrong and I am sorry.

I would like to supply you with some brief family history. My father was in the navy and me and my siblings were all born in foreign countries. My mother is from Columbia and my father is from the US. Being a navy child meant we moved about every 3 yrs and no extended family or longterm friendships. We moved to Tx in 93 where my dad was stationed at Ingleside as the chief detective. Here's where the arguing between mom & dad really started. It was hell in the house in 94-95. I was 10-11 yrs old and my parents fought all the time. My mother suffered from severe depression and substance abuse (meth). Dad left us 95. When dad moved out times were really hard because he was our only source of income. We (4 of us) moved into a small 2 bdrm. apartment. Dad got orders back to Italy in 96. Because of my mothers constant drug abuse she told my dad she could no longer take care of us properly. Dad returned on an emergency Humanitarian Service Reassignment. By this time our family had deteriorated to a degree of irrepair. My dad didn't trust any of us & began running the house like a bootcamp. We lived like that until 99 when my sisters and I moved back with mom. In 2000 I met a man I thought I loved me. I was 16 when I had my son Eddy who is the absolute joy of my life. His father and I broke up and I started seeing other men, which is how I began my self destructive path with meth.

whom I met Oscar Salazar he apparently was dealing. Without realizing the severity of the consequences I allowed myself to consume my state of well being, which brought me to the situation I'm in today.

Points I'm trying to make:

1. When you're a child your life is never stable and it presents neglect in structured family affairs.

2. We are a product of our environment and addiction is hereditary.

3. When I met the man whom I thought would support me financially and emotionally it had, turn to be a liability rather than an asset due to illegal activities.

4. My mom is now clean, sober and with my sister is ok caring for my son. They moved to leave the illicit lifestyle they had here and are doing great.

5. I miss my son so much and he misses me. I need to be there to care for him, to hold him and help him to make the right decisions that I failed to make. I know I can do it.

6. I know I must pay for my mistakes. I've paid for others mistakes my whole life so surely I should pay for my own. Please see fit to give me a minimum sentence. Please find it in your heart to send me as close to Ft. Smith Ark as possible where I can be close to my son.

Respectfully,
Brenda Day



CORPUS CHRISTI
TX 784 3 L
18 APR 2008 PM

Brenda Day
4815 Cosner
Corpus Christi, Tx.
78415

NUECES COUNTY
DETENTION CENTER
Inmate
Correspondence Honorable Judge Janis L. Jack
1133 N. Shoreline Drive
Corpus Christi, Tx.
78401

78401+2003

4-17-08

Dear Honorable Judge Janis Graham Jack,

I'm writing on behalf of Brenda Golden Day, my daughter. I want you to have mercy on my daughter for her prison time and give her credit for the time she is serving. See it in your heart that you place my daughter in a federal prison in Arkansas so that her son Petey may visit his mother as well as myself and her family and friends. Brenda will follow your orders to go to rehabilitation she will finish it and be off drugs permanently. She has learned her lesson of drugs are not the way of life.

Brenda also will complete her GED or high school diploma so that she will be employable and if she chooses can continue her education to college so that she can provide for her son Petey

over →

a better life.

Upon Brenda's release of prison she will move to Fort Smith, Arkansas. She will have the support of me, her sister Linda, close friends Ginie and Tom Larson and Tammy Heseman, Pastor Don Brewer and the Saint Luke's Lutheran Church congregation. She will have plenty of love to help her to be on the right track with the right people. She will have the second chance she deserves once she fullfills her debt to society.

My daughter has learned that the company you keep even if you are not involved in the wrong doing that you pay the price for being in their company. She knows that doing drugs has not been the right choice to make.

Being her Mother, I love her

no matter what. My love for her is unconditional. My heart breaks for her everyday knowing that she is in jail for her poor choice she made. Her son Petey misses his mommy deeply. I love Petey but I can't take Brenda's place. Petey needs his mommy to fullfill her prison time in Arkansas where he can visit her. Petey knows his mommy is in jail.

Judge please have mercy on my daughter that is all then I can ask of you.

Yours truly,

Mary Day

Mary Doey
1310 6th Terrace
Burling, AR 72923-1918

PORT SMITH AR
17 APR 2008 PM 1 T

Honorable Judge Janis Graham Jack
1133 N. Shoreline Drive
Corpus Christi, TX 78401

LOUIS COMFORT TIFFANY

Honorable Judge

Jack

I want my mom home because

I miss her and I need my

mom to help me with my

homework. Thank you, Peety

1310 Sixth Terrace
Barling, AR 72923

FORT SMITH AR 729
18 APR 2008 PM 1 L

Honorable Janis Graham Jack
1133 North Shoreline Drive
Corpus Christi, TX 78401

LOUIS COMFORT TIFFANY